UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Samantha Stebbins, pro se,
Plaintiff,

v. Case Number: ~~4:22-md-3047 (Y.G.R)~~

Meta Platforms, Inc., et al.,
Defendants.

Short Form Complaint

Seeking To Be Named A Plaintiff In: Soc.Med.Add.Personal Inj.Lia.Lit

Comes now the plaintiff, Samantha Stebbins, formerly Samantha Spanos, in the above named cause filing this Short Form Complaint under 28 U.S.C. §1332, as the amount in contention surpasses $75,000.00 and diversity of jurisdiction exists in this matter as I am a resident of W.V. and the defendant Meta Platforms, Inc. is located in Northern Cali., and I do hereby state the following under the penalties of perjury:

I. Statement of the Claim:

1.) On or around 2015, I first began my usage of the internet using YouTube and Google and in 2019 I first began using Facebook and started an account thereon. In 2020, I began using both Snap-chat and Instagram, I opened an account on both platforms in 2021, I opened an account on Tik Tok and at that time was addicted to social media at the young age of 9 years old. Social media was my life, but it was

deeply harming my mental health and still is to this day. I was at Belmont Pines, Ruby Memorial, Jefferson Medical Center.

2.) Social medias reward system of likes and shares caused me to undergo depression, anxiety and mood disruptions all day everyday. I used these platform for about 8 hours plus everyday, often even longer.

3.) In 2019, I committed self-harm and was having suicidal ideation and was admitted to a hospital. I was diagnosed with depression, anxiety, M.D.D. and A.D.H.D. and treated with medications. I have experienced adult materials as a minor, many adult users have contacted me using profanity and sexual comments and materials, they used hate speech, grooming, bullying, derogatory comments and threats of violence. These people were often recomended to add me to their contacts by the platforms.

4.) After I been experiencing these things for years and severely harmed emotionally and mentally I tried to delete my accounts, but I was unable to, because it wouldn't let me and I was addicted to the platforms. I have been on numerous medications: Prozac, Zoloft, Welbutrin, abilify, Trazadone, propolar, Buspar, Lithium, Naltrexone and Latuda. The harm from these social media sites has caused me to seek relief by using narcotics such as marijuana, pain pills and amphetamines.

5.) Besides the harms violations of law, defective

product that causes harm and the damages listed herein, I incorperate the individual Master Compaint's arguments into this complaint by reference and make all the claims, arguments, violations and damages as they pertain to me, against all the defendants listed in the individual Master Complaint.

6.) Today I still have this addiction and being aware of these defects in their product (social media platforms) helps, but my mental health problems continue and I take Effexor and Latuda today, and I am only 17 years old, and I have therapy.

II. Defendant's Responsible :

1.) Meta's parent corperation and all their subsidary companies. 2.) Snap, Inc. 3.) Tik Tok, Inc. 4.) YouTube, Inc. 5.) Google, LLC. 6.) Siculus, Inc. 7.) Mark Zuckerburg 8.) Any and all other defendants within the Master Complaint.

III. Relief Requested :

I am seeking damages in the amount of \$2,500,000.00 against each defendant listed in the Individual Master Complaint, all costs associated in this case and any and all other relief that this honorable and just court finds Just and Equitable.

IV. Declaration and Date :

I, Samantha Stebbins, does hereby declare that this foregoing document is true and correct. Date: 5/13/2026 Signed: Samantha Stebbins

Samantha Stebbins

1843 Engle Molers Rd., Harpers Ferry, W.V. 25425