Spanos, Jack 3567630

Mail From Inmate
Eastern Regional Jail
94 Grapevine Road
Martinsburg, WV 25405

HARRISBURG PA 171
18 MAY 2026 PM 1 L

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
MAY 21 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

c/o: Clerk of court
United States District Court Northern District of CA
1301 Clay Street, Suite 400 s
Oakland, California
94612

94612-521299