UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMANTHA STEBBINS,<br>Plaintiff,<br>v.<br>META PAYMENTS INC., et al.,<br>Defendants. | Case No. 26-cv-08545-VKD<br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 22-md-03047 YGR |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Yvonne Gonzales Rogers for consideration of whether the case is related to 22-md-03047 YGR, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation.*

**IT IS SO ORDERED.**

Dated: August 20, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California